UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-1103 RGK (MRW) | Date | February 5, 2015 |
|---|---|---|---|
| Title | Mordaunt v. Johnson | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

In November 2014, the Court granted Petitioner's request to stay this federal habeas action while Petitioner pursued additional habeas relief in state court. (Docket # 16.) As an integral part of the Court's order, the Court directed Petitioner to file a status report on the first business day of December 2014 and every other month. That report would allow the Court to determine whether Petitioner actually filed for relief in state court and was diligently pursuing her case. To date, however, Petitioner has not filed any status report with the Court.

Moreover, a considerable amount of mail (addressed to Petitioner's last known mailing address at Chowchilla prison) has been returned to the Court as undeliverable. (Docket # 20, 21, 22.) The returned mail bears notations that indicated that Petitioner was paroled from the prison.

She also has not updated the Court's docket with her new mailing address. That's an absolute requirement for unrepresented litigants in federal court. Local Rule 41-6 states that a judge may dismiss a pro se litigant's action if mail is returned and the litigant has not provided a new mailing address. The Court specifically informed Petitioner of this requirement in its original scheduling / service order. (Docket # 4 at 3.)

In the interests of justice, the Court will not summarily dismiss the action. Instead, Petitioner must show cause why the action should not be dismissed for violating the Court's order and Local Rule. Petitioner may discharge this OSC by updating the Court as to her current location. Petitioner's response to this OSC will be due by or before February 26.